UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

9th Circuit Case Number(s): 15-15607

District Court/Agency Case Number(s): 3:13-cv-02789-WHO

District Court/Agency Location: U.S. District Court for the Northern District of California, San Francisco

Case Name: Public.Resource.Org. v. United States Internal Revenue Service

If District Court, docket entry number(s) of order(s) appealed from: 42, 62, 63

Name of party/parties submitting this form: United States Internal Revenue Service

**Please briefly describe the dispute that gave rise to this lawsuit.**

Public.Resource.org commenced this suit after the Internal Revenue Service denied its Freedom of Information Act (FOIA) request seeking certain IRS forms in the Modernized e-File format (MeF). The litigation presents the question whether the FOIA requires the IRS to produce the forms in the particular electronic format requested.

**Briefly describe the result below and the main issues on appeal.**

The District Court granted summary judgment to Public.Resource.org, holding that 5 U.S.C. Sec. 552(a)(3)(B) required the IRS to produce the records in the plaintiff's requested format, because the records were "readily reproduceable," and producing them "will not impose a significant burden on or interfere with the IRS's functions." The issue on appeal is whether the District Court correctly interpreted 5 U.S.C. Sec. 552(a)(3)(B) in ordering the IRS to produce the records in the requested format.

**Describe any proceedings remaining below or any related proceedings in other tribunals.**

N/A

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

> Provide any other thoughts you would like to bring to the attention of the mediator.
>
> At this time, a final decision regarding whether to appeal the judgment has not been made by the Solicitor General. If the Solicitor General authorizes appeal, mediation may be helpful.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: s/ Randolph L. Hutter

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: United States of America

Note: Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

12579752.1

Public.Resource.org v. United States Internal Revenue Service
(9th Cir. – No. 15-15607)

SERVICE LIST

<u>Attorneys for the Appellee</u>
Thomas R. Burke
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Phone (415) 276-6500/Fax: (415) 276-6599
Email: thomasburke@dwt.com

Dan Laidman
Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Phone: (213) 633-6800/ Fax: (213) 633-6899
Email: danlaidman@dwt.com

David Halperin
1530 P Street NW
Washington, DC 20005
Phone: (202) 905-3434
Email: davidhalperindc@gmail.com

Ronald G. London
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006
Phone: (202) 773-4235/Fax (202) 943-4499
Email: ronnielondon@dwt.com

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

## CERTIFICATE OF SERVICE

I hereby certify that on this 2d day of April 2015, I filed the foregoing Mediation Questionnaire with the Clerk through the CM/ECF system. Counsel for the appellees were served electronically by the Notice of Docket Activity transmitted by the CM/ECF system.

s/ *Randolph L. Hutter*
RANDOLPH L. HUTTER
*Attorney*

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)