UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 29 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, a California non-profit organization,<br><br>       Plaintiff - Appellee,<br><br> v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>       Defendant - Appellant. | No. 15-15607<br><br>D.C. No. 3:13-cv-02789-WHO<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

     The dial-in assessment conference originally scheduled for May 1, 2015, is rescheduled to May 13, 2015, at 1:30 p.m. **Pacific Time.**

     The dial-in instructions previously provided to counsel remain unchanged.

                                          FOR THE COURT:

                                          Margaret Corrigan
ms/mediation                                      Circuit Mediator