FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 15 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, a California non-profit organization,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>   Defendant - Appellant. | No. 15-15607<br><br>D.C. No. 3:13-cv-02789-WHO<br>Northern District of California,<br>San Francisco<br><br>ORDER |

 Appellant's counsel shall notify appellee's counsel and the Circuit Mediator when the Solicitor General reaches the decision discussed during the May 13, 2015 conference call.

           FOR THE COURT

           By: Margaret A. Corrigan
           Circuit Mediator

MAC/Mediation