IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| PUBLIC.RESOURCE.ORG, | ) | |
| | ) | |
| Plaintiff-Appellee | ) | |
| | ) | |
| v. | ) | No. 15-15607 |
| | ) | |
| UNITED STATES INTERNAL REVENUE SERVICE, | ) ) | |
| | ) | |
| Defendant-Appellant | ) | |

MOTION FOR VOLUNTARY DISMISSAL

The United States Internal Revenue Service, appellant herein, by and through its counsel, hereby moves, pursuant to Fed. R. App. P. 42(b), to dismiss the instant appeal for the reasons discussed below.

1. The United States Internal Revenue Service timely filed the instant appeal on March 30, 2015.

2. At that time, the Solicitor General had not yet reached a final decision regarding whether to authorize an appeal in this case.

3. On June 3, 2015, the Solicitor General decided that an appeal would not be authorized.

4. Accordingly, the United States voluntarily moves that: (1) its appeal in the above-entitled case be dismissed with prejudice, each

party to bear its own appellate costs, including appellate attorneys' fees; (2) an order of dismissal be entered by the Clerk of the Court; (3) notification of such order be transmitted to the Clerk of the United States District Court for the Northern District of California; and (4) copies be transmitted to each of the parties.

    5. Thomas R. Burke, counsel for the appellee, has informed me that the appellee does not oppose dismissal of this appeal.

    6. Mr. Burke further informed me that the appellee opposes the Government's request that each side is to bear its own costs and fees for the appellate proceedings.

    WHEREFORE, it is respectfully requested that the appeal taken by the United States Internal Revenue Service from the judgment of the

12791340.1

United States District Court for the Northern District of California be dismissed with prejudice, each side to bear its own appellate costs and fees.

                                        s/ *Randolph L. Hutter*
                                        RANDOLPH L. HUTTER
                                        Attorney
                                        Tax Division
                                        Department of Justice
                                        P.O. Box 502
                                        Washington, D.C. 20044
                                        (202) 514-2647

*Of Counsel*:
MELINDA HAAG
   *United States Attorney*

JUNE 2015

12791340.1

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, ) | |
| ) | |
| Plaintiff-Appellee ) | |
| ) | |
| v. ) | No. 15-15607 |
| ) | |
| UNITED STATES INTERNAL ) | |
| REVENUE SERVICE, ) | |
| ) | |
| Defendant-Appellant ) | |

DECLARATION

Randolph L. Hutter of the United States Department of Justice, Washington, D. C., states as follows:

1.    I am an attorney employed in the Appellate Section of the Tax Division of the United States Department of Justice, and in that capacity I have been assigned primary responsibility for the above-entitled appeal.

2.    The facts in the foregoing motion for voluntary dismissal are true to the best of my knowledge and belief.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this 11th day of June, 2015, in Washington, D.C.

                                                          s/ *Randolph L. Hutter*
                                                          RANDOLPH L. HUTTER
                                                          *Attorney*

## CERTIFICATE OF SERVICE

It is hereby certified that, on June 11, 2015, I electronically filed the foregoing motion with the Clerk of the Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

        s/ *Randolph L. Hutter*
        RANDOLPH L. HUTTER
        *Attorney*