# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## NO. 15-15607

---

PUBLIC.RESOURCE.ORG,

Plaintiff-Appellee,

vs.

UNITED STATES INTERNAL REVENUE SERVICE,

Defendant-Appellant.

---

On Appeal from the United States District Court
for the Northern District of California
The Honorable William H. Orrick
Case No. 13-cv-02789 WHO

---

## RESPONSE OF APPELLEE PUBLIC.RESOURCE.ORG TO APPELLANT'S MOTION FOR VOLUNTARY DISMISSAL

---

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
  (CA State Bar No. 141930)
RONALD G. LONDON
  (Pro Hac Vice)
DAN LAIDMAN
  (CA State Bar No. 274482)
505 Montgomery Street,
Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6500

Facsimile: (415) 276-6599
Email: thomasburke@dwt.com
Email: ronnielondon@dwt.com
Email: danlaidman@dwt.com

DAVID HALPERIN
  (Pro Hac Vice)
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434
Email: davidhalperindc@gmail.com

Attorneys for Plaintiff-Appellee Public.Resource.org

Plaintiff/Appellee Public.Resource.Org ("Public.Resource") respectfully submits this Response to the Motion of Defendant/Appellant United States Internal Revenue Service ("IRS") to voluntarily dismiss this appeal. As stated in the IRS' Motion, Public.Resource does not oppose the dismissal of the appeal. However, Public.Resource is submitting this Response to clarify its position on the award of fees and costs on appeal.

Under Federal Rule of Appellate Procedure 39(a)(1), "if an appeal is dismissed, costs are taxed against the appellant, unless the parties agree otherwise." While costs will be assessed against the United States under Rule 39(a) "only if authorized by law," Fed. R. App. Proc. 39(b), this action is brought under the Freedom of Information Act ("FOIA"), which permits the Court to award reasonable attorneys' fees and costs to a prevailing party and against the United States, 5 U.S.C. § 552(a)(4)(E). Because Public.Resource fully prevailed on its FOIA claim in the district court, and the IRS has decided to dismiss the appeal, Public.Resource respectfully requests that this Court award it its attorneys' fees and costs on appeal. *See Carlson v. United States Postal Serv.*, 504 F.3d 1123, 1130 (9th Cir. 2007) (awarding prevailing FOIA plaintiff costs on appeal).

Alternatively, Public.Resource would request that this Court remand the issue of appellate fees and costs to the district court to decide in the first

1

instance in conjunction with any ruling on attorneys' fees and costs incurred

in the district court proceedings.  *See* Circuit Rule 39-1.8.[1]

RESPECTFULLY SUBMITTED this 24th day of June, 2015.

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
RONALD G. LONDON
DAN LAIDMAN


By _____ /s/ Thomas R. Burke
　　　　　　　Thomas R. Burke

Attorneys for Plaintiff-Appellee
Public.Resource.Org

---

[1] Public.Resource informed the IRS that it would seek recovery of its
attorneys' fees and costs pursuant to FOIA's fee-shifting provision as soon as the
district court entered judgment in its favor on January 29, 2015.  *See* D. Ct. Dkt. #
83.  However, the IRS has still not indicated whether it will agree to pay
Public.Resource's fees and costs, or whether a motion will be required.  *Id.*
Consequently, the district court has extended Public.Resource's deadline to move
to recover its attorneys' fees and costs until August 4, 2015.  *See* D. Ct. Dkt. # 84.