# FILED

## UNITED STATES COURT OF APPEALS

JUN 24 2015

### FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, a California non-profit organization, | No. 15-15607 |
| Plaintiff - Appellee, | D.C. No. 3:13-cv-02789-WHO Northern District of California, San Francisco |
| v. | |
| UNITED STATES INTERNAL REVENUE SERVICE, | ORDER |
| Defendant - Appellant. | |

Appellant's motion to voluntarily dismiss this appeal is granted.

Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Margaret A. Corrigan
Circuit Mediator

MAC/Mediation